**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| GREGORY DARWIN CARTER, | Case No. CV 22-05284-SVW (AS) |
| Petitioner, | **JUDGEMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 4, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE